

the penalty that would apply if Appellant violated the restriction order. Therefore, it is ordered that the judgment of the United States Army Court of Criminal Appeals is hereby affirmed.

No. 15–0267/NA. U.S. v. Adam C. Terral. CCA 201300273. Appellant's motion to supplement the record is hereby denied.

No. 15–0291/NA. U.S. v. Kevin P. Shippee. CCA 860285. Appellant's second motion to extend time to file the supplement to the petition for grant of review is hereby granted to February 26, 2015.

No. 15–0295/AR. U.S. v. Kevin D. Washington. CCA 20140826. Appellee's motion to file an appendix to Appellee's brief is hereby granted.

Thursday, February 12, 2015

No. 15–0258/AR. U.S. v. Ricardo Gonzales. CCA 20140620. On consideration of the writ-appeal petition, it is ordered that said petition is hereby denied.

No. 15–0206/NA. U.S. v. Jeffrey F. Morris. CCA 201300348. On consideration of the petition for grant of review of the decision of the United States Navy–Marine

Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> DOES IMAGE 106470 IN PROSECUTION EXHIBIT 2 CONSTITUTE CHILD PORNOGRAPHY UNDER *UNITED STATES v. WARNER*, 73 M.J. 1 (C.A.A.F. 2013)?

No briefs will be filed under Rule 25.

No. 14–0783/NA. U.S. v. Marshand A. Woods. CCA 201300153. Appellee's motion to substitute a corrected brief is granted.

Friday, February 13, 2015

No. 15–0369/MC. Raymion E. Richards, Appellant v. Robert F. Hedelund, Major General, U.S. Marine Corps and William R. Lieblein, Colonel, U.S. Marine Corps, Appellees. Notice is hereby given that a writ-appeal petition was filed under Rule 27(b) on this date. Appellees will file an answer no later than 10 days after the date of this notice.

Wednesday, February 18, 2015

